

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-15-00166-CR

Richard **DEBENEDETTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1482
Honorable N. Keith Williams, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to November 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Steven A. Wadsworth
Assistant District Attorney - 216th Judicial District
200 Earl Garrett St., Suite 202
Kerrville, TX 78028

Patrick Edwin O'Fiel
The Law Office of Patrick O'Fiel, P.C.
The Schreiner Building
200 Earl Garrett, Suite 206
Kerrville, TX 78028